O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAUNTAE R. TAYLOR, | ) | Case No. CV 10-09762-RGK (DTB) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DEPUTY SUCHIL, RAMIREZ, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that and plaintiff's Motion to Compel is denied without prejudice and that Judgment be entered dismissing this action without prejudice.

DATED: October 12, 2012

*Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1