JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTAE R. TAYLOR,<br><br>            Plaintiff,<br>    vs.<br>DEPUTY SUCHIL, RAMIREZ, et al.,<br><br>            Defendants. | Case No. CV 10-09762-RGK (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: October 12, 2012

*Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE